# Third District Court of Appeal

## State of Florida

Opinion filed September 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1908
Lower Tribunal No. 16-28140

————————

## James A. Cummings, Inc., et al.,
Appellants,

vs.

## Procacci Dolphin, LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Katz Barron and Andrew J. Foti and H. Eugene Lindsey, III; and Nida & Romyn, P.C., and David C. Romyn (Los Angeles, CA), for appellants.

Sweetapple, Broeker & Varkas, PL, and Robert A. Sweetapple and Douglas C. Broeker; Pankauski Hauser Lazarus PLLC and Robert J. Hauser (West Palm Beach); Weiss Serota Helfman Cole & Bierman, P.L., and Michael J. Kurzman and Elizabeth Coppolecchia (Fort Lauderdale), for appellees.


Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.